IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALACHI SIMMONS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:20cv364 |
| ) | **Electronic Filing** |
| **TERRI A. SOMERS** SIP Program ) | |
| Administrator, **MARY ROSETTA** Parole ) | |
| Manager, Case Analysis PA Board of ) | |
| Probation and Parole, **PATRICIA L.** ) | |
| **VALAURI** Deputy District Director ) | |
| Pittsburgh District Northwest Division PA ) | |
| Board of Probation and Parole, **EDWARD** ) | |
| **WAGNER** Level 5 Counselor Allegheny ) | |
| County Jail, **CAPTAIN HUMGERMAN** ) | |
| Records Caption, Allegheny County Jail, ) | |
| **BILL MYSTIC** Population Control, ) | |
| Allegheny County Jail, **MARCI** ) | |
| **JOHNSON, CINDY WATSON, JOHN** ) | |
| **TALABER** Each Defendant is sued ) | |
| individually and in his or her official ) | |
| capacity, at all times mentioned in this ) | |
| complaint each defendant acted under the ) | |
| color of State Law, and **WASHINGTON** ) | |
| **COUNTY RECORDS DEPARTMENT,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case is before the Court on a Report and Recommendation ("R&R") that was filed by Magistrate Judge Dodge on July 31, 2020. The R&R recommends that this case be dismissed with prejudice as a result of plaintiff's failure to prosecute. This recommendation is based on plaintiff's failure to file a new motion to proceed *in forma pauperis* as directed following his release from incarceration and/or his failure to submit the forms needed to effectuate service of process. Plaintiff was served with the R&R and informed that the deadline to file objections was August 14, 2020. As of this date plaintiff has failed to 1) file a revised motion for IFP, 2) supply

the required forms or 3) file objections to the R&R. Therefore, after *de novo* review of the record, the following order is now entered:

AND NOW, this 14th day of December, 2020, IT IS ORDERED that this case is dismissed with prejudice for failure to prosecute; and

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed.

The [24] July 31, 2020, Report and Recommendation of Magistrate Judge Dodge is adopted as the Opinion of the Court.

s/David Stewart Cercone<br>
David Stewart Cercone<br>
Senior United States District Judge

cc: Malachi Simmons
 1126 Craig Street
 McKeesport, PA 15132

 (Via First Class Mail)


 (*Via CM/ECF Electronic Mail*)